IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHRYN S. HERRICK,

          Plaintiff,

    v.

NANCY A. BERRYHILL,

          Defendant.

Case No. 18-cv-01001-MMC

**ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS**

Re: Dkt. No. 2

      Before the Court are plaintiff's Application to Proceed In Forma Pauperis, as well as the Magistrate Judge's Recommendation that plaintiff pay a partial filing fee of $200, in response to which plaintiff has filed Objections setting forth additional information pertaining to her financial circumstances.

      The Court having read and considered all of the above filings, the Application is hereby DENIED, and plaintiff is hereby DIRECTED to pay, no later than April 13, 2018, a partial filing fee of $50, the remaining balance to be waived.

      **IT IS SO ORDERED.**

Dated: March 14, 2018

MAXINE M. CHESNEY
United States District Judge